**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: B.S.G. | : | No. 402 WAL 2018 |
| | : | |
| | : | |
| | : | |
| PETITION OF: G.G., III, NATURAL | : | Petition for Allowance of Appeal from |
| FATHER | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

      **AND NOW**, this 18th day of December, 2018, the Petition for Allowance of Appeal

is **DENIED**.